**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| **M.P., et al.,** | : | |
| **Plaintiffs,** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 16-151** |
| | : | |
| **CAMPUS COMMUNITY SCHOOL,** | : | |
| **Defendant.** | : | |

## ORDER

This 24th day of July, 2018, upon the Court's review of the record, it appears that only four limited aspects of the state Hearing Panel's Decision and Order (ECF No. 21 at 6) are under review in this action, such that the remainder may be implemented immediately.

If the compensatory education award ordered by the Panel remains unpaid, Defendant CCS is hereby **ORDERED** to show cause no later than **August 3, 2018**, as to why it has not been paid.

      /s/ Gerald Austin McHugh
United States District Judge